UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.                                                                     Case No:  2:15-cv-419-FtM-29CM

HOSPMAN, LLC,

      Defendant.

_____

## ORDER

Before the Court are Plaintiff Equal Employment Opportunity Commission's Motion to Compel Responses to its First Set of Interrogatories and First Request for Production of Documents (Doc. 19) and Attorney for Defendant, Kenneth R. Mathew's Motion to Withdraw and Declaration of Kenneth R. Mathews in support of Motion to Withdraw (Doc. 20).  On January 26, 2016, the undersigned held a telephonic hearing on both motions.  For the reasons states on the record, the motions are granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Plaintiff Equal Employment Opportunity Commission's Motion to Compel Responses to its First Set of Interrogatories and First Request for Production of Documents (Doc. 19) is **GRANTED**.

2.      Defendant shall have up to and including **January 29, 2016** to serve Plaintiff with complete and verified responses to its First Set of Interrogatories.

3.      Defendant shall have up to and including **February 26, 2016** to serve Plaintiff with complete responses to its First Request for Production.

4.      Attorney for Defendant, Kenneth R. Mathew's Motion to Withdraw and Declaration of Kenneth R. Mathews in support of Motion to Withdraw (Doc. 20) is **GRANTED.**   Attorney Kenneth R. Mathew is relieved from all further responsibility in this matter. The Clerk of Court is directed to terminate Kenneth R. Mathew as counsel of record for Defendant and remove him from all further notices of electronic filing in this matter.

5.      Attorney Christopher Hewitt shall have up to and including **January 29, 2016** to file with the Court a Notice of Appearance as Local Counsel in this matter.

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of January, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record